IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **In re: Cathryn L . Ilani** | ) | 22-13372 |
| Debtor(s) | ) | **Judge David D Cleary** |

**Objection to Confirmation of the plan**

Now comes Marilyn O. Marshall, Standing Trustee, and objects to confirmation of the proposed Chapter 13 plan, stating as follows:

1. On November 17, 2022, debtor filed the instant case under Chapter 13 of the Bankruptcy Code.

2. On information and belief, the debtor has failed to disclose her interest in the Leroy Family Limited Partnership and Leroy Ventures, Inc.

3. On information and belief, debtor has failed to disclose her role as President and Secretary of Leroy Ventures Inc. in her statement of Financial Affairs.

4. Debtor has failed to disclose Leroy Ventures Inc. and Leroy Family Limited Partnership as an asset of the estate or prove why these entities should be excluded from the estate.

5. On debtor's statement of financial affairs, question 27, debtor incorrectly indicates no connection to any business.

6. On information and belief, debtor failed to disclose that as President of Leroy Ventures, Inc. General Partner of Leroy Family Limited Partnership, debtor signed a quit claim deed December 21, 2020 outside the normal course of business, to an insider, within two years of the filing of her petition for bankruptcy relief.

7. Debtor has failed to disclose any transfers initiated by the debtor to or from family members, Leroy Ventures and the Leroy Family Limited Partnership that occurred within the preference period.

8. Debtor fails to establish chain of title of the debtor's residence. Per recordings with the Cook County Clerk, the residence was transferred from Leroy Family LTD. To Ezra Ilani and Cathryn Ilani in a deed executed January 18, 2014, and recorded July 12, 2017. Because the deed does not specify, the default tenancy in tenants in common.  The next recorded deed executed December 21, 2020 and recorded March 4, 2021, Cathryn Ilani, as President of Leroy Ventures, Inc., executed a quit claim deed from the Leroy Family Limited Partnership to Ezra Ilani, the debtor's spouse.

9. Debtor has failed to prove that the real estate commonly known as 30W777 Shoe Factory Road, Elgin, IL., is held in tenancy by the entirety with her spouse.

10. On information and belief, the plan as proposed fails to meet the Chapter 7 liquidation requirements.

11. On information and belief, debtor has failed to prove up that the value of her interest in The Einstein Academy of Elgin is $0 as stated on schedule B.

12. Debtor has failed to disclose income from her role as President and/or Principal and/or Admissions Director of Einstein Academy in 2022 and the two previous calendar years in the Statement of Financial Affairs, question 4.

13. Debtor has failed to provide profit and loss statements proving the non-fling spouse's income reflected on schedule I.

WHEREFORE, the Trustee prays that confirmation be denied, and for any and all other relief this court deems just and proper.

/s/ Yanick Polycarpe

Office of the Chapter 13 Trustee
224 S. Michigan Ave., Suite 800
Chicago, IL 60604
312-431-1300